/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
Phone: 602.277.8996
Fax: 602.253.8346
Email: mail@ch13bk.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| WILLIAM A HOWARD, III<br>7927 EAST 37TH STREET<br>YUMA, AZ 85365<br><br>Debtor. | Chapter 13<br>Case No. 0-14-bk-18557 BMW<br>**TRUSTEE'S 2016 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS** |

This is an annual status report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. Debtors may view their case information through the National Data Center; sign up at www.ndc.org. If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If you have a general question about the bankruptcy process, go to the Trustee's website at www.chapter13.info. For a question about a receipt, provide the Trustee's office with a copy of the front and back of the receipt (unless the payment was made through TFS). Plan payments can be made online through www.tfsbillpay.com.

### Tax Returns

The Debtor likely is required by the plan or order confirming plan to provide the state and federal income tax returns, tax refunds, or both, to the Trustee. If the Debtor has not done so, then the Trustee is requesting that the Debtor or Debtor's attorney do so and send the return(s), and pay any applicable tax refund, to the above address. Trustee has received the following returns, if any:

**2013-FEDANDSTATE**          **2014-FEDANDSTATE**
**2015-FEDANDSTATE**

### Dates

Petition Date: 12/18/2014
Plan Payment Start Date: 1/17/2015
Plan Confirmed On: 1/5/2016
Last Payment Received: 6/27/2016
Last Disbursement Date: 6/29/2016

### Plan Payment Schedule

| Pmt Amt | Month # | | Month # |
|---|---|---|---|
| 650.00 | 1 | through | 5 |
| 765.00 | 6 | through | 12 |
| 1,900.09 | 13 | through | 60 |

### Debtor Attorney

ALLEN, BARNES & JONES, PLC
1850 N. CENTRAL AVE.
SUITE 1150
PHOENIX, AZ 85004
(602) 256-6000

### Plan Payments Received by Trustee or Payment Refunds

*Covers receipts posted August 25, 2014, through August 29, 2016 (two years).*  Amount of Undistributed Funds: $0.00
The total amount of plan payments received is $153,398.09.  Plan Payments are Current.

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/27/16 | 3392 | 210.00 | 6/17/16 | 3304 | 136,637.09 | 2/16/16 | 1992 | 2,000.00 |
| 1/8/16 | 1557 | 800.00 | 12/29/15 | 1348 | 5,806,300.00 | 12/29/15 | 1348 | 5,806,300.00) |
| 12/29/15 | 1348 | 5,806.00 | 11/20/15 | 0938 | 800.00 | 10/16/15 | 0787 | 1,600.00 |
| 8/17/15 | 1180 | 765.00 | 7/14/15 | 1162 | 815.00 | 6/16/15 | 7499 | 715.00 |
| 5/15/15 | 7450 | 650.00 | 4/21/15 | 6992 | 650.00 | 3/13/15 | 1063 | 650.00 |
| 2/17/15 | 2217 | 650.00 | 1/16/15 | 1001 | 650.00 | | | |

Disbursement (payments to creditors) information is on next page.

## Disbursements to Administrative Expenses / Claimants / Creditors

The Plan was confirmed on 1/5/2016. The Trustee's last disbursement was on 6/29/2016 and the amount paid out to date is $153,398.09. The amount of Trustee's percentage fee paid is $11,802.48.

| Pmt Seq | Creditor Name | Claim No. | Last Pmt Date | Class | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | |
| | ALLEN, BARNES & JONES, PLC | | 6/29/16 | L | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 | 0.00 |
| 21 | | | | | | | | | | |
| | GUILD MORTGAGE | 004 | 6/29/16 | S | 13,249.78 | 13,249.78 | | 0.00 | 13,249.78 | 0.00 |
| 24 | | | | | | | | | | |
| | TD AUTO FINANCE | 001 | 6/29/16 | S | 41,569.94 | 41,569.94 | 3.99 | 2,564.84 | 44,134.78 | 0.00 |
| | AEA FEDERAL CREDIT UNION | 002 | 6/29/16 | S | 17,000.00 | 17,000.00 | 5.00 | 1,205.52 | 18,205.52 | 0.00 |
| 25 | | | | | | | | | | |
| | IRS | 003 | 6/29/16 | P | 6,071.95 | 6,071.95 | | 0.00 | 6,071.95 | 0.00 |
| 33 | | | | | | | | | | |
| | AEA FEDERAL CREDIT UNION | 002 | 6/29/16 | U | 9,248.11 | 9,248.11 | | 0.00 | 9,248.11 | 0.00 |
| | IRS | 003 | 6/29/16 | U | 122.83 | 122.83 | | 0.00 | 122.83 | 0.00 |
| | WEINSTEIN AND RILEY, PS | 005 | 6/29/16 | U | 2,185.03 | 2,185.03 | | 0.00 | 2,185.03 | 0.00 |
| | CAVALRY SPV I, LLC | 006 | 6/29/16 | U | 2,053.24 | 2,053.24 | | 0.00 | 2,053.24 | 0.00 |
| | CAVALRY SPV I, LLC | 007 | 6/29/16 | U | 3,290.68 | 3,290.68 | | 0.00 | 3,290.68 | 0.00 |
| | BASS & ASSOCIATES | 008 | 6/29/16 | U | 6,988.06 | 6,988.06 | | 0.00 | 6,988.06 | 0.00 |
| | WELLS FARGO CARD SERVICES | 009 | 6/29/16 | U | 8,431.87 | 8,431.87 | | 0.00 | 8,431.87 | 0.00 |
| | RESURGENT CAPITAL SERVICES | 010 | 6/29/16 | U | 579.93 | 579.93 | | 0.00 | 579.93 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | 011 | 6/29/16 | U | 6,241.84 | 6,241.84 | | 0.00 | 6,241.84 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | 012 | 6/29/16 | U | 2,921.22 | 2,921.22 | | 0.00 | 2,921.22 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | 013 | 6/29/16 | U | 6,328.76 | 6,328.76 | | 0.00 | 6,328.76 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | 014 | 6/29/16 | U | 8,390.47 | 8,390.47 | | 0.00 | 8,390.47 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC (PRA) | 015 | 6/29/16 | U | 646.43 | 646.43 | | 0.00 | 646.43 | 0.00 |

Class codes: "L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured

"#" refers to a claim that the Court has disallowed.

A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to the creditor.

The Trustee mailed a copy of this Annual Report to the Debtor.